

**ORDERED in the Southern District of Florida on April 2, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 17-24638-RAM |
| CARLOS A OROZCO and JENNY SUAREZ, | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION FOR COMPROMISE AND SETTLEMENT

**THIS CAUSE** came before the Court upon Ross R. Hartog, Trustee's Motion to Approve Stipulation for Compromise and Settlement (the "Motion") [ECF 31]. The Trustee by submitting this form of order represents that the Motion was served on all parties as required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the Trustee, a response to the Motion, and that the form of order was attached as an exhibit to the Motion. The Court having reviewed the Motion, having noted that no objections were filed, finding that the settlement subject of the Motion meets the criteria set

forth in *In re Justice Oaks II, Ltd.,* 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interest of the Estate, and finding that the notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rule 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirement, it is

**ORDERED AS FOLLOWS:**

1. The Motion is **GRANTED**.

2. The compromise and settlement is approved on the terms and conditions set forth in the Motion and Stipulation attached to the Motion.

3. Upon receipt of the 2017 Tax Refund, the Trustee is authorized to administer 93% of same, exclusive of any earned income credit. The Trustee is authorized to return to the Debtors the non-Estate portion of the 2017 Refund.

4. The Court incorporates the terms of the Stipulation into this Order and retain jurisdiction to enforce the terms thereof.

# # #

Submitted by:

Ross R. Hartog, Trustee
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Tel:   (305) 670-5000
Fax:   (305) 670-5011
EM:    trustee@mrthlaw.com

Trustee HARTOG shall serve a conformed copy of this Order
upon all interested parties and file a Certificate of Service.